UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BUTLER, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK N.A., A CORPORATION, et al.,<br><br>        Defendants. | Case No. EDCV 11-00016 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Wells Fargo Bank N.A. and Mortgage Electronic Registration Systems, Inc. The Court orders that such judgment be entered.

Dated: January 10, 2012

                                                           *Virginia A. Phillips*
                                                      VIRGINIA A. PHILLIPS
                                             United States District Judge