JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BUTLER, AN INDIVIDUAL, ) ) ) Plaintiff, ) ) v. ) ) WELLS FARGO BANK N.A.,etc., et al., ) ) ) Defendants. ) _____ | Case No. EDCV 11-00016 VAP (DTBx) **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 29, 2012

                                                 VIRGINIA A. PHILLIPS
                                        United States District Judge