JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BUTLER, AN INDIVIDUAL, | Case No. EDCV 11-00016 VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK N.A., etc., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 29, 2012

                                VIRGINIA A. PHILLIPS
                                United States District Judge